IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| LINDSAY TOULATOS,<br><br>Plaintiff,<br><br>vs.<br><br>QWEST CORPORATION, et al.,<br><br>Defendants. | Case No. 1:22-cv-00006-CMR<br><br><br>**JUDGMENT IN A CIVIL CASE**<br><br><br>Magistrate Judge Cecilia M. Romero |

IT IS ORDERED AND ADJUDGED

That Defendants' Motion for Summary Judgment is GRANTED, and Judgment is entered in favor of Defendants and against Plaintiff.

DATED this 24 September 2024.

*Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah